UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61970-Civ-Williams/Seltzer

LUIS E. CUETO,

    Plaintiff,

v.

SECOND ROUND, LIMITED PARTNERSHIP,
d/b/a SECOND ROUND, L.P.,

    Defendant.
_____/

## SATISFACTION OF JUDGMENT

The undersigned owner and holder of a Partial Judgment (DE 10) entered November 14, 2011 against, Second Round, Limited Partnership, d/b/a Second Round, L.P., acknowledges that full payment thereof has been received and the Judgment is satisfied.

_____
Luis E. Cueto

STATE OF FLORIDA    )
                                ) ss:
COUNTY OF BROWARD  )

The foregoing Satisfaction of Judgment was acknowledged before me this 23 day of December, 2011 by Luis E. Cueto, who is personally known to me or who produced Fl Driver License as identification and who did/did not take an oath.

_____
NOTARY PUBLIC, State of Florida

My Commission Expires:

NOTARY PUBLIC-STATE OF FLORIDA
Sandra W. Fillichio
Commission # DD763420
Expires: MAY 16, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61970-Civ-Williams/Seltzer

LUIS E. CUETO,

      Plaintiff,

v.

SECOND ROUND, LIMITED PARTNERSHIP,
d/b/a SECOND ROUND, L.P.,

      Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>December 23, 2011</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          <u>s/Donald A. Yarbrough</u>
                                          Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-3632
Facsimile: 813-251-3675

<u>Via Notices of Electronic Filing generated by CM/ECF</u>